**IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF KENTUCKY**

| | |
|---|---|
| **PAUL BEGLEY,** individually and on behalf of similarly situated persons, <br><br> Plaintiff, <br><br> v. <br><br> **GLASS FAMILY PIZZA, doing business as CINCY DOMINOS, LLC and JOHN GLASS,** individually <br><br> Defendants. | **Case No. 2:18-CV-124-DLB-CJS** <br><br> **Jury Demanded** |

**JOINT STIPULATION OF DISMISSAL**

Plaintiff and the above-named Defendants, by and through their undersigned counsel, pursuant to F.R.C.P. 41(a)(1)(A)(ii), hereby represent that they have agreed to resolve this matter and hereby stipulate to dismissal of this action in accordance with the terms of the settlement agreement between the Parties. Pursuant to the terms of the settlement agreement, Plaintiff hereby dismisses this action with prejudice and with each party to bear its own costs of court and attorneys' fees.

Respectfully submitted,

*/s/ David O'Brien Suetholz (with permission)*
David O'Brien Suetholz
J. Gerard Stranch, IV
BRANSTETTER, STRANCH
& JENNINGS, PLLC
515 Park Avenue
Louisville, KY 40208
Phone: 502-636-4333
Email: davids@bsjfirm.com

**FORESTER HAYNIE PLLC**

/s/ *D. Matthew Haynie*
**Matthew Haynie\*** Texas Bar No. 24087692
1701 N. Market Street, Suite 210
Dallas, Texas 75202
(214) 210-2100 phone
(214) 346-5909 fax

www.foresterhaynie.com
**ATTORNEYS FOR PLAINTIFFS**


*/s/ Todd B. Logsdon*
Todd B. Logsdon
FISHER & PHILLIPS LLP
220 West Main Street, Suite 1700
Louisville, KY  40202
Phone:  (502) 561-3990
Fax:  (502) 561-3991
E-mail:  tlogsdon@fisherpihllips.com

**ATTORNEYS FOR DEFENDANTS**

**CERTIFICATE OF SERVICE**

A copy of the foregoing document was electronically served on all counsel of record.


/s/ *D. Matthew Haynie*